UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION _____ / | MDL NO 2924 20-MD-2924 JUDGE ROBIN L. ROSENBERG MAGISTGRATE JUDGE BRUCE REINHART |
| **THIS DOCUMENT RELATES TO:** | **JURY TRIAL DEMANDED** |

Gwendolyn Bibbs and Thomas Bibbs
(Plaintiff Name(s))

### SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by referenced the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924 (S.D. Fla). Plaintiff(S) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I. PARTIES, JURISDICTION, AND VENUE

A. **PLAINTIFF(S)**

1. Plaintiff(s) Gwendolyn Bibbs and Thomas Bibbs, ("Plaintiff(s)") bring this action (check the applicable designation):

     X    On behalf of [himself/herself];

     ☐    In representative capacity as the Administrators, on behalf of the injured party, (Injured Party's Name).

2. Injured Party is currently a resident and citizen of Cincinnati, Ohio and claims damages as set forth below.

-OR-

Decedent died on (Month, Day, Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3. Thomas Bibbs, husband of Gwendolyn Bibbs, ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff a citizens and resident of Cincinnati, Ohio.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in Cincinnati, Ohio.

## B. DEFENDANT(S)

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   a. **Brand Manufacturers:**

   b. **Generic Manufacturers:**

       a. **Sandoz Inc. (All Sandoz Defendants as referenced in the MPIC)**

   c. **Distributors:**

   d. **Retailers:**

       a. **CVS Pharmacy Inc. (All CVS Defendants as referenced in the MPIC)**
       b. **The Kroger Co. (All Kroger Defendants as referenced in the MPIC)**

      c.  **Walgreen Co. (All Walgreen Defendants as referenced in the MPIC)**

  e.  **Repackagers:**

  f.  **Others Not Named in the MPIC:**

**C.    JURISDICTION AND VENUE**

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their action was removed]:

   Southern District of Ohio, at Cincinnati

8. Jurisdiction is proper upon diversity of citizenship.

## II.    PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

       X  By prescription

       X  Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) December, 2009 to December of 2018.

## III.    PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, *[he/she]* was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRIAN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ X | COLORECTAL CANCER | January 1, 2016 |

| | | |
|---|---|---|
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ X | INTESTINAL CANCER | January 1, 2016 |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: NEUROENDOCRINE CARCINOMA OF APPENDIX | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV.     CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereafter adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☐ X | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☐ X | II | STRICT PRODUCTS LIABLITY – DESIGN DEFECT |
| ☐ X | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☐ X | IV | NEGLIGENCE – FAILURE TO WARN |
| ☐ X | V | NEGLIGENT PRODUCT DESIGN |
| ☐ X | VI | NEGLIGENT MANUFACTURING |

| | | |
|---|---|---|
| ☒ X | VII | GENERAL NEGLIGENCE |
| ☒ X | VIII | NEGLIGENT MISREPRESENTATION |
| ☒ X | IX | BREACH OF EXPRESS WARRANTIES |
| ☒ X | X | BREACH OF IMPLIED WARRANTIES |
| ☒ X | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statue below: Ohio R.C. 2307.71 et seq., Ohio RC 1345 et. seq. and Ohio RC 4165. |
| ☒ X | XII | UNJUST ENRICHMENT |
| ☒ X | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☒ X | XVI | OTHER: Ohio R.C. 2307.71 |
| ☐ | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

Ohio has a specific products liability act under R.C. 2307.71

## V. JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes

of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

                                           Respectfully submitted,

                                           */s/ Gary F. Franke*_____
                                           Gary F. Franke	(OH#0029793)
                                           Michael D. O'Neill	(OH#0075195)
                                           William M. Bristol	(OH#0074005)
                                           GARY F. FRANKE CO., L.P.A.
                                           Attorneys for Plaintiffs
                                           120 East 4th Street - Suite 1040
                                           Cincinnati, Ohio  45202
                                           (513) 564-9222
                                           Fax (513) 564-9990
                                           mdo@garyfrankelaw.com
                                           wmb@garyfrankelaw.com